1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:09-CR-00285-AWI |
| | ) | |
| Plaintiff, | ) | ORDER CONTINUING STATUS |
| | ) | CONFERENCE |
| v. | ) | |
| | ) | [Document # *24*] |
| MATTHEW WILLS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to the stipulation filed by the parties on September 11, 2009, and due to the unavailability of defendant's counsel, the status conference currently set for October 5, 2009 has been moved to October 13, 2009, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:    September 11, 2009**            /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE